CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals
Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

May 8, 2015

Charneequa Anetasi Sher Hunter
No. 01980513
Carole Young Complex
5509 Attwater Ave.
Dickinson, TX 77539

Re:     05-15-00177/00178-CR
        Charneequa Hunter v. The State of Texas

Dear Ms. Hunter:

Your attorney has filed briefs in which she states she has determined your appeals are frivolous and without merit. A copy of that brief is enclosed with this letter.

You have a right, if you so desire, to file a pro se response. Counsel has informed the Court that a copy of the record has been mailed to you. Therefore, we will not separately order that the record be made available to you. If you desire to file a pro se response, you must file it by **July 1, 2015**. Otherwise, your cases will be submitted upon the brief of your attorney.

Sincerely,

/s/     Lisa Matz, Clerk

Enclosures

ltr:mrh